UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lance Phillip Wickner,                                              Civil No. 05-2664 (DWF/RLE)

        Plaintiff,

v.                                                                                              **ORDER**

Jessica Symmes, Warden; Mark Thielen;
Lcie Stevenson; Norris Blackmon, Religous
Services Coordinator; and Lieutenant
Stephanie Hanson, sued in their official
and individual capacities,

        Defendants.

---

Lance Phillip Wickner, *Pro Se*, Plaintiff.

Mark B. Levinger, Assistant Attorney General, Minnesota Attorney General's Office, counsel for Defendants.

---

    Based upon the Report and Recommendation of Chief United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter,

    **IT IS HEREBY ORDERED:**

    1.    That the Plaintiff's Motion for a Temporary Restraining Order or Preliminary Injunction (Doc. No. 20) is **DENIED**.

    2.      That the Defendants' Motion to Dismiss, or, in the Alternative, for Summary Judgment (Doc. No. 24) is **GRANTED**.

Dated: February 1, 2007                  s/Donovan W. Frank
                                                DONOVAN W. FRANK
                                                Judge of United States District Court